IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL MCGOWAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:14-cv-14-NJR-DGW |
| ) | |
| R. SHEARING, ILLINOIS DEPARTMENT) | |
| OF CORRECTIONS, WEXFORD HEALTH) | |
| SOURCES, INC. and ANGELA CRAIN, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court are the Motion for Declaratory Judgment and the Motion for Subpoena filed by Plaintiff, Michael McGowan, on December 10, 2014 (Docs. 91 and 92). The Motions are **TAKEN UNDER ADVISEMENT**.

On October 31, 2014, Plaintiff filed an Amended Complaint against Dr. R. Shearing, the Illinois Department of Corrections ("IDOC"), Wexford Health Sources, Inc. and Angela Crain. Wexford Health Sources, Inc. ("Wexford") timely filed an Answer on November 14, 2014 (Doc. 83). Plaintiff filed an "objection" to Wexford's Answer on November 17, 2014 (Doc. 87). Federal Rule of Civil Procedure 7(a) does not contemplate the filing of objections to Answers; while the Rule allows for a reply to an Answer, such a reply can only be filed if ordered by the Court (and no such order has been entered). Plaintiff's "objection" (Doc. 87) is accordingly **STRICKEN**.

The remaining Defendants have not filed an Answer to the Amended Complaint. While Angela Crain's Answer is not due until January 2, 2015 (Doc. 79), the IDOC and Dr. Shearing

should have filed answers on November 17, 2014.[1]  No Answers to the Amended Complaint have been filed by the IDOC or Shearing by the deadline.  The IDOC and Shearing are **ORDERED** to file an Answer to the Amended Complaint by **January 2, 2015.**

In the above Motions, Plaintiff complains that Defendant IDOC has failed, again, to supply responses to discovery requests.  Notwithstanding the titles of the Motions, Plaintiff seeks various policies, audit reports, photographs, and other documents that he indicates are the subject of discovery requests served upon Defendants.  In an Order dated November 26, 2014 (Doc. 89), this Court addressed Plaintiff's complaint (as outlined in a Motion to Compel (Doc. 70)) that the IDOC failed to respond to interrogatories and requests to produce.  The IDOC, which did not respond to the Motion to Compel, was directed to file a notice with the Clerk of Court by December 3, 2014 indicating what discovery requests were served, when they were served, and when responses were served.  This was an extension of a previous deadline imposed by the Court in an Order dated October 31, 2014 (Doc. 67).  As of the date of this Order, there is no indication in the record that the IDOC has responded to Plaintiff's discovery requests and no notice has been filed by the IDOC with the Clerk of Court.

The Court's ability to resolve this discovery dispute is hampered by the IDOC's apparent failure to follow the Orders of this Court and indicate its compliance with discovery rules.  This Court cannot determine whether the IDOC has actually responded to any of Plaintiff's discovery requests (except his requests to admit).  However, it is also unclear what interrogatories and requests to produce the Plaintiff has served upon Defendants because Plaintiff has not attached his discovery requests to any discovery motion he has filed.

---

[1] Federal Rule of Civil Procedure 15(a)(3) provides that a responsive pleading should be filed within 14 days of service of an amended complaint.

In order to expedite this matter, Plaintiff is **ORDERED** to file with the Court by **January 9, 2015** the interrogatories and requests to produce that he served upon Defendant IDOC along with certificates of service.   Defendant IDOC is **ORDERED** to file with the Court by **January 9, 2015** its responses to Plaintiff's discovery requests along with certificates of service.   This matter is **SET** for an in person Motions Hearing on **February 5, 2015 at 3:00 p.m.**   Plaintiff shall appear by video-conference and Defendants shall appear by counsel.   Plaintiff and Defendant IDOC should be prepared to discuss Plaintiff's discovery requests and Defendant's responses.

**IT IS SO ORDERED.**

**DATED: December 15, 2014**

                                            **DONALD G. WILKERSON**
                                            **United States Magistrate Judge**